UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFERY PAUL HORSTMAN,

    Plaintiff,

v.

HAROLD TATE, et al.,

    Defendants.

No. C 13-4561 NC (PR)

**ORDER OF DISMISSAL**

On October 23, 2013, plaintiff, proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On November 6, 2013, the Court dismissed the complaint with leave to amend, explaining the deficiencies in the complaint that needed to be cured. The Court directed plaintiff to file an amended complaint within sixty days. Plaintiff was cautioned that his failure to do so would result in the dismissal of this action. More than sixty days have passed, and plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk is directed to enter judgment and close the file.

IT IS SO ORDERED.

DATED: January 27, 2014

NATHANAEL M. COUSINS
United States Magistrate Judge